# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DANTE L. THOMPSON, | |
| Plaintiff, | Case No. 1:17-cv-06960 |
| v. | Honorable Judge Edmond E. Chang |
| ARGON CREDIT OF ILLINOIS, LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES DANTE L. THOMPSON ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant ARGON CREDIT OF ILLINOIS, LLC, without prejudice. Each party shall bear its own costs and attorney fees.

Dated: November 10, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Northern District of Illinois
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630)575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com